# Court of Appeals
# of the State of Georgia

ATLANTA,  November 02, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1170, A16A1190. JONES v. CARROLL (Two cases.)**

In this review of the imposition of discovery sanctions and the award of attorney fees under OCGA § 9-15-14 (b), we granted appellant's applications for discretionary review in an excess of caution, given the limited facts stated in the application and in order to review the appellant's contentions with the benefit of the entire record in both cases.

A careful and complete review of the entire record and the briefs of the parties leaves no doubt that, under the standard of review we must apply, there is no basis for reversal on any ground alleged. Had the facts apparent from the entire record been included in the applications, discretionary review would not have been granted. Therefore, upon consideration of the entire record, applicable case law, and statutory provisions, these discretionary appeals are hereby dismissed as having been improvidently granted. See *Woody v. State*, 247 Ga. App. 684, 685 (545 SE2d 83) (2001).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/02/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

  *, Clerk.*